UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUSAN RAE VILLAR

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 14-562-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued October 8, 2015 to which an objection was filed:

**IT IS ORDERED** that the Commissioner's decision is AFFIRMED and Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on November 30, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**